United States District Court
Southern District of Texas
**ENTERED**
October 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXIS JANAE SHANKLIN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3623 |
| | § | |
| AMC ENTERTAINMENT HOLDINGS, | § | |
| INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STRIKING PLEADING

Pending before the Court is Defendant AMC Entertainment Holdings, Inc.'s

Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 3). The instrument is deficient

for the following reason(s):

- The motion does not comply with the Court's Procedures section 6(B), regarding pre-motion conferences required for particular motions.

The Clerk is hereby ORDERED to strike the above instrument(s) from the record

and notify counsel of such action.

SIGNED this day 8th day of October, 2019.

_____
George C. Hanks Jr.
United States District Judge